**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Evans,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-20-00441-TUC-DCB (JR)<br><br>**ORDER** |

　　　　The parties have stipulated to remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of Judgment. The Court finds good cause.

　　　　**Accordingly,**

　　　　**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 24), the above captioned case is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand (Doc. 24).

　　　　Dated this 3rd day of September, 2021.

_____
Honorable David C. Bury
United States District Judge