**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Evans,<br><br>           Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>           Defendant. | No. CV-20-00441-TUC-DCB (JR)<br><br>**ORDER** |

The Honorable Court having reviewed the Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. §2412(d) and good cause appearing, therefore,

**IT IS ORDERED** that, pursuant to the Stipulation (Doc. 27), the Plaintiff is awarded the total sum of TWO THOUSAND THREE HUNDRED EIGHTY-TWO and 56/100 DOLLARS ($2382.56) for his attorney fees. Attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, payment shall be paid via check made payable to Plaintiff's attorneys at Hallinan & Killpack Law Firm.

///
///
///
///

If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office. There are no expenses or costs to be paid herein.

Dated this 6th day of October, 2021.

_____
Honorable David C. Bury
United States District Judge